| | |
|---|---|
| 1 | MICHAEL MALK, ESQ., APC |
|   | Michael Malk, Esq. (SBN 222366) |
| 2 | mm@malklawfirm.com |
|   | 1180 South Beverly Drive, Suite 610 |
| 3 | Los Angeles, California 90035 |
|   | Telephone:   (310) 203-0016 |
| 4 | Facsimile:   (310) 499-5210 |
| 5 | Attorneys for Plaintiff |
|   | ESAYAS GEZAHEGNE |
| 6 | |
|   | SEYFARTH SHAW LLP |
| 7 | Christian J. Rowley (SBN 187293) |
|   | crowley@seyfarth.com |
| 8 | Michael A. Wahlander (SBN 260781) |
|   | mwahlander@seyfarth.com |
| 9 | 560 Mission Street, 31st Floor |
|   | San Francisco, California 94105 |
| 10 | Telephone:   (415) 397-2823 |
|   | Facsimile:   (415) 397-8549 |
| 11 | |
|   | Attorneys for Defendant |
| 12 | WHOLE FOODS MARKET CALIFORNIA, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAYAS GEZAHEGNE, individually and behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., a California Corporation, and DOES 1 THROUGH 100,<br><br>Defendant. | Case No. 4:14-CV-00592-VC<br><br>**STIPULATION REGARDING CASE DEADLINES IN LIGHT OF FORTHCOMING WITHDRAWAL OF PLAINTIFF'S COUNSEL AND [PROPOSED] ORDER** AS MODIFIED |

Plaintiff Esayas Gezahegne ("Plaintiff") and Defendant Whole Foods Market California, Inc. ("Whole Foods") (collectively "the Parties"), by and through their respective counsel, stipulate as follows:

1. Plaintiff's counsel, Michael Malk, will be filing a request to withdraw as counsel in this

---

STIPULATION RE: EXTENDING DEADLINES AND [PROPOSED] ORDER/CASE NO. 4:14-CV-00592-VC

1. matter.

2. The current deadline for Whole Foods to file a motion for summary judgment is September 18, 2014.

3. The hearing on the motion for summary judgment is set for October 30, 2014 at 10:00 a.m.

4. A further Case Management Conference is also set for October 30, 2014 at 10:00 a.m. The Case Management Conference Statement is due on October 23, 2014.

5. Whole Foods will not oppose Mr. Malk's request to withdraw as counsel.

6. Plaintiff shall have thirty (30) days from the date of this stipulation to retain new counsel.

7. To allow the Court to rule on the request to withdraw and to allow Plaintiff a brief amount of time to find new counsel, the Parties have stipulated to a forty-five (45) day extension of all the above-referenced deadlines and hearings.

8. Accordingly, the Parties jointly request that the Court extend the deadlines listed above for forty-five (45) days or to other dates that the Court deems appropriate.

**IT IS SO STIPULATED.**

DATED: September 4, 2014            Respectfully submitted,

                                    MICHAEL MALK, ESQ., APC

                                    By: /s/ Michael Malk
                                        Michael Malk, Esq.

                                    Attorney for Plaintiff
                                    ESAYAS GEZAHEGNE

DATED: September 4, 2014            Respectfully submitted,

                                    SEYFARTH SHAW LLP

                                    By:  /s/ Michael A. Wahlander
                                         Christian J. Rowley
                                         Michael A. Wahlander

                                    Attorneys for Defendant
                                    WHOLE FOODS MARKET CALIFORNIA, INC.

**[PROPOSED] ORDER** AS MODIFIED

Pursuant to the Parties' stipulation and good cause appearing, the Court orders as follows:

1. The October 30, 2014 hearing on Whole Foods's Motion for Summary Judgment is vacated. A new hearing is set for December 18, 2014. In accordance with Civil Local Rule 7-2(a), the new deadline to file a motion for summary judgment shall be November 13, 2014.

2. The October 30, 2014 Case Management Conference is vacated. The Case Management Conference is re-set to January 20, 2015. The updated Case Management Conference Statement is now due by January 13, 2015.

**IT IS SO ORDERED.**

DATED: September __9__, 2014

IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria

Hon.
United