1  MICHAEL MALK, ESQ., APC
   Michael Malk, Esq. (SBN 222366)
2  mm@malklawfirm.com
   1180 South Beverly Drive, Suite 610
3  Los Angeles, California 90035
   Telephone: (310) 203-0016
4  Facsimile: (310) 499-5210

5
   Attorneys for Plaintiff
6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  ESAYAS GEZAHEGNE, individually        Case No. 3:14-CV-00592-VC
    and behalf of all other similarly situated,
12                                         **PLAINTIFF'S COUNSEL'S REQUEST
                 Plaintiff,                **TO WITHDRAW AS COUNSEL WITH
13                                         **CONSENT OF PLAINTIFF**
         v.                                AND ORDER AS MODIFIED
14
    WHOLE FOODS MARKET
15  CALIFORNIA, INC., a California
    Corporation, and DOES 1 THROUGH
16  100,

17               Defendant.

18

19

20       Plaintiff's counsel, Michael Malk, Esq., with the consent of Plaintiff Esayas

21  Gezahegne and Defendant Whole Foods Market California, Inc., respectfully requests

22
23  that this Court allow Mr. Malk to withdraw as counsel of record for Mr. Gezahegne.

24  Mr. Gezahegne will attempt to obtain new counsel and, in the event that he is unable to

25
26  do so, he wishes to represent himself pro se.  Mr. Gezahegne graduated from the UC

27  Berkeley School of Law (Boalt Hall) in 2014, and took the California state bar exam in

28  July 2014.

PLAINTIFF'S COUNSEL'S REQUEST TO WITHDRAW AS COUNSEL WITH CONSENT OF PLAINTIFF

We consent to the above withdrawal of Michael Malk as counsel of record, and

consent to Esayas Gezahegne appearing pro se.

Dated: September 22, 2014          MICHAEL MALK, ESQ. APC

                                   By: _____
                                      Michael Malk
                                      Attorneys for Plaintiff and the Class

Dated: September 18, 2014          ESAYAS GEZAHEGNE

                                   By: _____
                                      Esayas Gezahegne
                                      Attorneys for Plaintiff and the Class

Dated: September 22, 2014          SEYFARTH SHAW LLP

                                   By: _____
                                      Christian J. Rowley
                                      Attorneys for Defendant

**Order**

The withdrawal of Michael Malk as attorney of record is hereby approved and so
ORDERED.

Date: October 1, 2014
      _____
      Hon.
      U.S.

A case management conference is
scheduled for November 4, 2014,
at 10:00 a.m. An updated cmc
statement is due by October 28, 2014.
Mr. Malk is ordered to notify Plaintiff
of the new cmc date and that Plaintiff's
personal appearance is required, or new
counsel may appear in their place.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED
Judge Vince Chhabria

1  Per Local Rule 5-1(i)(3), I attest that I have written approval from Mr. Rowley to

2  electonically sign on Mr. Rowley's behalf.

3

4  Dated:   September 22, 2014                    MICHAEL MALK, ESQ. APC

5                                          By:_____/s_____
                                                  Michael Malk
6                                          Attorneys for Plaintiff and the Class

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S COUNSEL'S REQUEST TO WITHDRAW AS COUNSEL WITH CONSENT OF PLAINTIFF