UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAYAS GEZAHEGNE,<br><br>    Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>    Defendant. | Case No. 14-cv-00592-VC<br><br>**CASE MANAGEMENT ORDER** |

A case management conference was held on November 13, 2014. The Court ordered as follows:

- The discovery cutoff is extended to December 19, 2014.
- Whole Foods must serve a new set of document requests on Gezahegne by November 17, 2014. This new set of document requests will supersede the prior document requests served by Whole Foods. If Whole Foods has any other discovery request, it must also serve those on Gezahegne by no later than November 17, 2014.
- Gezahegne must respond to the new set of document requests, and any other discovery requests, by no later than December 1, 2014.
- Gezahegne's deposition will take place on December 11, 2014, at the office of counsel for Whole Foods.
- Gezahegne must serve any discovery requests on Whole Foods by November 17, 2014, and Whole Foods must respond to them by December 1, 2014. Whole Foods is not required to respond to any discovery requests served by Gezahegne after that date.

- Gezahegne's request to amend the complaint to add wage and hour claims against Whole Foods is denied.
- Gezahegne will not be permitted to represent himself and proceed as a named plaintiff in this action on behalf of others alleged to be similarly situated.
- Whole Foods' deadline to file a motion for summary judgment is January 26, 2015.
- Briefing on the motion for summary judgment will be governed by this Court's local rules.
- A hearing on Whole Foods' motion for summary judgment is scheduled for March 12, 2015 at 10:00 a.m.
- Mr. Gezahegne arrived very late to today's case management conference. Before he arrived, the Court was preparing to issue an order to show cause for why the case should not be dismissed for failure to prosecute. Mr. Gezahegne filed this lawsuit, and it is his responsibility to prosecute the case. If Mr. Gezahegne fails to comply with the deadlines set forth in this order, or if he fails reasonably to respond to Whole Foods' discovery requests, he risks the imposition of sanctions, including potential dismissal of the case for failure to prosecute.

**IT IS SO ORDERED**.

Dated: November 13, 2014

_____
VINCE CHHABRIA
United States District Judge