UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAYAS GEZAHEGNE,<br><br>    Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>    Defendant. | Case No. 14-cv-00592-VC<br><br>**ORDER DENYING MOTION TO COMPEL**<br><br>Re: Dkt. No. 42 |

The motion to compel is denied for failure to comply with the instructions in the Court's standing order regarding the resolution of discovery disputes.

**IT IS SO ORDERED**.

Dated: November 21, 2014

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAYAS GEZAHEGNE,<br><br>    Plaintiff,<br><br>    v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>    Defendant. | Case No.  14-cv-00592-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 11/21/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Esayas Gezahegne
225 MacArthur Blvd.
Apt. 104
Oakland, CA 94610

Dated: 11/21/2014

Richard W. Wieking
Clerk, United States District Court

By._____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2