UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAYAS GEZAHEGNE,<br><br>    Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>    Defendant. | Case No.  14-cv-00592-HSG<br><br>**ORDER APPOINTING COUNSEL** |

Because Plaintiff Esayas Gezahegne has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Khaldoun Baghdadi is hereby appointed as counsel for Mr. Gezahegne in this matter.

The scope of this referral shall be for:

☒ <u>all purposes</u> for the duration of the case

☐ the <u>limited purpose</u> of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows: _____

    ☐ other: _____

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

1      **IT IS SO ORDERED.**

2    Dated: March 13, 2015

   _____
   HAYWOOD S. GILLIAM, JR.
   United States District Judge