UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESAYAS GEZAHEGNE,

    Plaintiff,

  v.

WHOLE FOODS MARKET CALIFORNIA, INC.,

    Defendant.

Case No. 14-cv-00592-HSG

**SCHEDULING ORDER**

A case management conference was held on March 12, 2015. The Court referred this case to Magistrate Judge Maria-Elena James for a settlement conference to be held by April 30, 2015. The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
| --- | --- |
| Rule 26 Pretrial Disclosure Deadline | April 10, 2015 |
| Settlement Conference Deadline | April 30, 2015 |
| Deadline to Exchange Exhibits | May 1, 2015 |
| Deadline to File Motions in Limine, Joint Pretrial Statement, Proposed Jury Instructions, Proposed Voir Dire Questions, Proposed Verdict Forms, and Proposed Statement of the Case | May 1, 2015 |
| Deadline to File Any Oppositions to Motions in Limine | May 4, 2015 |
| Pretrial Conference | May 5, 2015 3:00 p.m. |
| Jury Trial | May 11, 2015 8:30 a.m. |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge