UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESAYAS GEZAHEGNE,<br><br>    Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>    Defendant. | Case No.  14-cv-00592-HSG<br><br>**ORDER CONTINUING TRIAL DATE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 68 |

Pursuant to the Parties' stipulation, Dkt. 68, and good cause appearing therefore, the Court hereby orders as follows:

1. The May 11, 2015 trial date is VACATED.

2. All corresponding pre-trial deadlines are also VACATED.

3. A further case management conference is set for May 26, 2015, at 2:00 p.m.  The Parties shall submit a joint statement addressing the status of settlement negotiations by May 19, 2015, and should be prepared to discuss that topic at the case management conference.

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge